**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

LUIS ANTONIO HINOJO MARIN,                    )
                                              )
                  Petitioner,                 )
                                              )
v.                                            )          Case No. CIV-26-1436-J
                                              )
MARKWAYNE MULLIN, et al.,                     )
                                              )
                  Respondents.                )

**ORDER**

Petitioner Luis Antonio Hinojo Marin, a citizen of Mexico, filed a Petition for Writ of Habeas Corpus (Petition) [Doc. No. 1] pursuant to 28 U.S.C. § 2241. The matter was referred to United States Magistrate Judge Amanda L. Maxfield consistent with 28 U.S.C. § 636(b)(1)(B),(C). Judge Maxfield issued a Report and Recommendation recommending the Court grant in part the Petition by ordering Respondents to provide Petitioner an individualized bond hearing before a neutral Immigration Judge within seven days of the judgment in this matter, or else release him from custody. The parties were advised of their right to object to the Report and Recommendation, and no objection has been filed.

The Tenth Circuit's decision in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026) is controlling in this case. In that case, the Tenth Circuit held "that noncitizens who entered the United States and were thereafter detained in the interior of the country are usually subject to § 1226(a) (and thus eligible for bond), not § 1225(b)(2)(A)." *Santillan Quiroz*, 180 F.4th at 1237; *see also Moreta-Mateo v. Warden, Diamondback Corr. Facility*, No. CIV-26-539-J, 2026 WL 1822994, at *2 (W.D. Okla. June 24, 2026). Therefore, the Court finds that Petitioner is entitled to a bond hearing and Respondents' failure to provide one violates the Immigration and Nationality Act.

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 13] and GRANTS Petitioner's Petition for Writ of Habeas Corpus as follows:  Respondents are ordered to provide Petitioner with an individualized bond hearing pursuant to 8 U.S.C. § 1226(a) before a neutral Immigration Judge within seven (7) days of the date of this Order.  Respondents shall certify compliance within seven (7) business days of the date of this Order.

A separate judgment will enter.

IT IS SO ORDERED this 7th day of August, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE